UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES DAILEY, | Case No. 1:08-cv-245 |
| Plaintiff, | HONORABLE PAUL MALONEY |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

## Judgment

**Judgment is entered in favor of the defendant** and against the plaintiff.

The complaint is dismissed, and the case is terminated.

This is a final order, but it is not appealable.

**IT IS SO ORDERED this 18th day of August 2009.**

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge